UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRENDA CONGDON<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A. SUCCESSOR BY MERGER WITH WACHOVIA MORTGAGE, FBS; FORMERLY KNOWN AS WORLD SAVINGS BANK, FBS ITS SUCCESSORS AND/OR ASSIGNS; AND WESTSOUND PARTNERS, LLC, ITS SUCCESSORS AND/OR ASSIGNS,<br><br>　　　　　　Defendant. | CASE NO. C18-394 RSM<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

Upon review of the file in this matter, the Court finds cause for recusal. The case shall now be assigned to the Honorable Richard A. Jones, United States District Judge. All future documents filed in this case must bear the cause number C18-394 RAJ and bear the Judge's name in the upper right hand corner of the document. The name of the Judge to whom this case was originally assigned should not appear on any future documents filed with the court.

Please make the necessary corrections to your records reflecting these changes.

Dated this 12th day of April 2018.

　　　　　　　　　　　　　　　　　　WILLIAM McCOOL, Clerk

　　　　　　　　　　　　　　　　　　By: /s/Paula McNabb
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

ORDER